**Fred SCHWEIZER v. Captain H. N. WALLIN et al., Appellants.**

No. 9983.

United States Court of Appeals
Third Circuit.

Argued May 1, 1950.

Decided May 5, 1950.

Eugene T. Maher, Washington, D. C. (H. G. Morison, Assistant Attorney General, Gerald A. Gleeson, United States Attorney, James P. McCormick, Assistant United States Attorney, Philadelphia, Pa., on the brief); Edward H. Hickey, Special Assistant to Attorney General, of counsel, for appellants.

Claude L. Dawson, Washington, D. C. (Joseph F. M. Baldi, II, Philadelphia, Pa., on the brief), for appellee.

Before MARIS, GOODRICH and HASTIE, Circuit Judges.

PER CURIAM.

This case is similar to the case of Hopkins v. Wallin, 3 Cir., 1949, 179 F.2d 136. As in that case the complaint does not allege presence in controversy of the jurisdictional amount required by statute. For the reasons set out in the opinion of this court in that case the order of the district court will be vacated and set aside and the cause will be remanded for further proper proceedings.

---

**SEABOARD AIR LINE RAILROAD COMPANY, Appellant, v. BROTHERHOOD OF RAILROAD TRAINMEN et al., Appellees.**

No. 12778.

United States Court of Appeals
Fifth Circuit.
May 8, 1950.

Jos. F. Johnston, Birmingham, Ala., James B. McDonough, Jr., Norfolk, Va., for appellant.

J. Kirkman Jackson, Birmingham, Ala., Al. G. Rives, Birmingham, Ala., for appellee.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed on the authority of Slocum v. Delaware, Lackawanna & Western Railroad Company, 70 S.Ct. 577, and Order of Railway Conductors of America v. Southern Railway Company, 70 S.Ct. 585.